AARON D. FORD
  Attorney General
HEIDI H. DEMERS, Bar No. 17034C
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: hdemers@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON J. GEBOE,<br><br>           Plaintiff,<br><br>v.<br><br>KRISTY KOSS, *et al*,<br><br>           Defendants. | Case No. 3:25-cv-00076-MMD-CSD<br>**ORDER GRANTING**<br>**STIPULATION AND ORDER TO DISMISS**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Brandon J. Geboe, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

Page 1

1  The Parties have resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

3  DATED this 7th day of October 2025.           DATED this 7th day of October 2025.

                                                 AARON D. FORD

                                                 Attorney General

                                                 /S/ Heidi H. Demers

   Brandon J. Geboe #1270231                    Heidi H. Demers, (Bar No. 17034C)

   Plaintiff, Pro Se                             Attorneys for Defendant

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  November 7, 2025 , 2025.

_____
UNITED STATES DISTRICT JUDGE